AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Ernesto CASTRO, | ) | 25-252 (M) |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 16, 2025__ in the county of __-__ in the __--__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry After Deportation. |

This criminal complaint is based on these facts:

See Attached Affidivit.

Reviewed by: Jose A. Contreras
Assistant United States Attorney

The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet

MARIANO E GARAY ORTIZ
Digitally signed by MARIANO E GARAY ORTIZ
Date: 2025.03.17 13:19:34 -04'00'

*Complainant's signature*

Mariano Garay-Ortiz, Enforcement Officer, CBP
*Printed name and title*

Sworn to before me pursuant to FRCP 4.1 at __5:25 PM__
by telephone, this __17th__ day of March 2025,
in San Juan, Puerto Rico.

Date: __March 17, 2025__

*Judge's signature*

Marcos E. López, U.S. Magistrate Judge
*Printed name and title*

City and state: __San Juan, Puerto Rico__