**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff | |
| v. | **Criminal No.   0104 3:25-00252M-1** |
| **Ernesto Castro** | |
| Defendant | |

**INFORMATIVE MOTION THIRD-PARTY CUSTODIAN**
**INVESTIGATION OUTCOME**

**TO THE HONORABLE MARCOS LOPEZ,**
**UNITED STATES MAGISTRATE JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

COMES NOW, IDALIZ ORTIZ DE VILLATE, ASSISTNAT U.S PROBATION OFFICER OF THIS HONORABLE COURT, respectfully informing and praying that:

1. On March 18, 2015, the defendant appeared before Your Honor for a Detention Hearing, wherein he was granted bail release, contingent to the qualification of Julio Santos Vilorio as third-party custodian, among other conditions.

2. On March 18, 2025, candidate was interviewed by the U.S. Probation Office. He is a legal permanent resident of the United States, age 58, is a construction worker, and resides in Canovanas, PR. He has neither physical nor mental health issues that may impede in complying with the duties of a third-party custodian. He denied any history of illegal use of controlled substances. As to criminal history, the U.S. Probation Office conducted a criminal background check which produced no adverse findings.

3. No information was found during our investigation that would disqualify the candidate to serve as a third-party custodian. However, today this officer received a call from the defendant's aunt, who reported that the defendant contacted her and the TPC and stated that he did

not want them to attend nor sing the bail conditions. According to the information provided, the defendant expressed that his only desire is to return to the Dominican Republic as soon as possible.

**WHEREFORE**, the undersigned respectfully request that Court take notice of the defendant's expressed desire to return to his home country and not wanting the TPC's participation in this process.

**I HEREBY CERTIFY** that on this date, the undersigned electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the corresponding parties.

In San Juan, Puerto Rico, March 21, 2025.

Respectfully submitted,

LUIS O. ENCARNACION CANALES, CHIEF
U.S. PROBATION OFFICER

*s/ Idaliz Ortiz de Villate*
Idaliz Ortiz de Villate
A.U.S. Probation Officer
U.S. Federal Bldg. & Courthouse
150 Carlos Chardón Ave., Ste. 225
San Juan, P.R. 00918-1741
Tel. 787-506-3552